UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAYMOND GONZALEZ,
*individually and on behalf of others similarly situated*,

                       Plaintiff,

       – against –

OLLY SHOES LLC,

                      Defendant.

**ORDER**

20 Civ. 5216 (ER)

RAMOS, D.J.:

       Gonzalez served Olly Shoes with process on July 9, 2020. Doc. 5. Accordingly, the defendant's deadline to answer or otherwise move with respect to Gonzalez's complaint was July 30, 2020. Olly Shoes has not answered or otherwise responded to the plaintiff's complaint as of the date of this Order.

       Gonzalez is directed to file a status report with the Court by September 11, 2020. Failure to do so may result in sanctions up to and including dismissal of this matter for failure to prosecute. Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated:    September 8, 2020
              New York, New York

                                                        EDGARDO RAMOS, U.S.D.J.